No. 73–6038. DROPE v. MISSOURI. Ct. App. Mo., St. Louis Dist. Motion for leave to proceed *in forma pauperis* and certiorari granted.

(See also Nos. 73–1066, 73–6182, and 73–6207, *supra.*)

No. 73–221. ROBINSON v. BOARD OF REGENTS OF EASTERN KENTUCKY UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–701. NATIONAL LABOR RELATIONS BOARD v. WICHITA EAGLE & BEACON PUBLISHING CO., INC., ET AL.; and

No. 73–708. THE NEWSPAPER GUILD v. WICHITA EAGLE & BEACON PUBLISHING CO., INC. C. A. 10th Cir. Certiorari denied.

No. 73–817. GAMBINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–905. TALBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–925. ALLISON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1033. VOYAGER 1000 ET AL. v. CIVIL AERONAUTICS BOARD. C. A. 7th Cir. Certiorari denied.

No. 73–1054. RAYMOND ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1090. NELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.